# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARRYL ROBINSON and ANTHONY SWETALA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>BAYER HEALTHCARE LLC,<br><br>                Defendant. | Case No. 2:22-cv-06123-MCA-AME<br><br>Honorable Madeline Cox Arleo<br><br>Honorable André M. Espinosa |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

All parties to this action stipulate to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41.1.  The claims of Plaintiffs are dismissed with prejudice.  The claims of putative class members are dismissed without prejudice.  Each side shall bear their own fees and costs (except as otherwise agreed by the parties).

Dated: September 20, 2024

*/s/ Rachel Dapeer*
Rachel Dapeer
DAPEER LAW, P.A.
3331 Sunset Avenue
Ocean, NJ 07712
Phone: (732) 655-2119
rachel@dapeer.com
*Attorney for Robinson Plaintiffs*

Respectfully submitted,

*/s/ Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.
Ryan M. Savercool
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 639-7927
Facsimile: (973) 297-3868
Email: efanning@mccarter.com
       rsavercool@mccarter.com

*/s/ Andrew Soukup*
Andrew Soukup
Laura Flahive Wu
Stephen Petkis
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
Facsimile: (202) 778-5066
Email: asoukup@cov.com
       lflahivewu@cov.com
       spetkis@cov.com

*Attorneys for Defendant Bayer Healthcare LLC*

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/23/24